The STATE of Wyoming, Plaintiff,

v.

Conrad BOUCHELION, Defendant.

No. 4170.

Supreme Court of Wyoming.

Aug. 22, 1973.

Clarence A. Brimmer, Atty. Gen., and Bert T. Ahlstrom, Jr., Asst. Atty. Gen., Cheyenne, for plaintiff.

Norman V. Johnson, Laramie, and Barbara Beck and Margaret Patterson, Interns, Laramie, for defendant.

Before PARKER, C. J., and McEWAN, GUTHRIE and McINTYRE, JJ.*

PER CURIAM.

Exceptions overruled by an equally divided court.

hearing of this matter and took no part in this disposition.